No. 406, Misc.  COOPER *v.* UNITED STATES.  Motion for leave to file petition for writ of mandamus denied. *Wade H. Cooper, pro se.  Solicitor General Rankin* for the United States.

No. 559.  UNITED STATES *v.* SHARPNACK.  Appeal from the United States District Court for the Western District of Texas.  Probable jurisdiction noted.  *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 602.  STAUB *v.* CITY OF BAXLEY.  Appeal from the Court of Appeals of Georgia.  Probable jurisdiction noted.  *Morris P. Glushien* and *Bernard Dunau* for appellant.  *J. H. Highsmith* for appellee.

No. 61.  ALBERTS *v.* CALIFORNIA.  Appeal from the Superior Court of California, Los Angeles County, Appellate Department.  Probable jurisdiction noted.  *Stanley Fleishman* and *William B. Murrish* for appellant.  *Adolph Alexander* for appellee.

No. 107.  KINGSLEY BOOKS, INC., ET AL. *v.* BROWN, CORPORATION COUNSEL.  Appeal from the Court of Appeals of New York.  Probable jurisdiction noted. *Emanuel Redfield* for appellants. *Peter Campbell Brown* and *Seymour B. Quel* for appellee.

No. 487.  UNITED STATES ET AL. *v.* CITY OF DETROIT.  Appeal from the Supreme Court of Michigan.  Probable jurisdiction noted.  *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Lyle M. Turner* for the United States, and *Glenn M. Coulter* for